JAKES *v.* THE STATE.

CRIMINAL LAW.—*Temperance.—Act of* 1859.—*Sale for Medical Purposes.*—On the trial of an indictment for selling intoxicating liquor without a license under the act of 1859, the proof was, that the defendant, a druggist, sold a pint of liquor on the statement of the purchaser that it was for medical purposes, and it was so used.
*Held,* that the defendant should have been acquitted.

APPEAL from the Tippecanoe Criminal Circuit Court.

WORDEN, J.—The appellant was indicted for, and tried and convicted of, selling intoxicating liquor without a license, in violation of the act of 1859. The case comes before us

on the evidence, from which it appears that the appellant was a druggist, and that as such he sold to one William W. Smith a pint of whiskey, for the sum of fifty cents. The whiskey was bought, as the witness testified, to be used for medical purposes, and was thus used. When called for, the appellant enquired for what purpose it was wanted, and was informed by Smith that it was wanted for medical purposes. Under these circumstances, the conviction cannot be maintained. *Donnell* v. *The State,* 2 Ind. 658; *Thomasson* v. *The State,* 15 Ind. 449. A motion which the appellant made for a new trial should have prevailed.

The judgment below is reversed, and the cause remanded.

*G. O. Behm, A. O. Behm,* and *J. R. Carnahan,* for appellant.

*J. C. Denny,* Attorney General, for the State.